# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN JOHNSON, O/B/O MINOR S.M.S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NUMBER: 1:21-cv-01704-GSA <br><br> **ORDER GRANTING MOTION FOR APPOINTMENT OF GUARDIAN AT LITEM** <br><br> (Doc. 3) |

The Court having read and considered Plaintiff's Petition for Guardian Ad Litem and supporting declaration:

It is **ORDERED** that the motion (Doc. 3) is **GRANTED** and Leann Johnson is appointed as Guardian Ad Litem on behalf of minor S.M.S.

IT IS SO ORDERED.

Dated: __December 2, 2021__        __/s/ Gary S. Austin__
                                   UNITED STATES MAGISTRATE JUDGE