UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANN JOHNSON, guardian at litem on behalf of minor S.M.S.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:21-cv-01704-DAD-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE REVISED SCHEDULING ORDER** |

The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated:  **March 23, 2022**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE