UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leann Johnson<br>*Guardian Ad Litem* on behalf of minor S.M.S,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:21-cv-01704-DAD-GSA<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

The parties stipulate to a 60-day extension of time from May 6, 2022 to July 5, 2022 for Plaintiff to file a motion for summary judgment due to counsel's surgery recovery and co-counsel's obligation caring for her ill father. This is Plaintiff's first extension.

When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

Counsel identified good cause for the extension. Accordingly, it is **ORDERED** that Plaintiff's deadline to file a motion for summary judgment is extended to and including July 5, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: **May 3, 2022**　　　　　　　**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

2